## Commonwealth *v.* Ackerman, Appellant.

734

Submitted December 6, 1971. *George T. Forssell, Jr.,* and *Jack, Kookogey v. Forssell,* for appellant; *Bruce L. Smith,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.